IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY DANIEL HORTON, JR.**                                                     **PETITIONER**

**v.**                                                            **CAUSE NO. 1:15CV260-LG-RHW**

**JIM HOOD and**
**JACQUELINE BANKS**                                                      **RESPONDENTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the [11] Report and Recommendations of United States Magistrate Judge Robert H. Walker entered in this action on March 28, 2016.  The Court, having adopted said Report and Recommendations as the opinion of this Court by Order entered this date, finds that this action should be dismissed without prejudice.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that this action be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 22nd day of April, 2016.

                                                     s/ *Louis Guirola, Jr.*
                                                     LOUIS GUIROLA, JR.
                                                     CHIEF U.S. DISTRICT JUDGE